USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
HARTFORD FIRE INSURANCE CO. a/s/o :
Logic Controls, Inc. d/b/a Bematech,
 :
                             Plaintiff, :
 : 20-CV-7171 (VEC)
      -against- :
 : ORDER
 :
COSCO SHIPPING LINES CO., LTD., M/V :
QING YON HE 471N, HER ENGINES, :
BOILERS, ETC. AND XYZ CORP., :
 :
                          Defendants. :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an initial pretrial conference in this matter is currently scheduled for Friday, December 4, 2020, at 11:30 A.M., Dkt. 8;

    IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is adjourned to **Tuesday, December 8, 2020, at 3:30 P.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 7171. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date: December 2, 2020**
**New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**