USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
HARTFORD FIRE INSURANCE CO. a/s/o  :
Logic Controls, Inc. d/b/a Bematech, :
:
                            Plaintiff, :
:   20-CV-7171 (VEC)
        -against- :
:   <u>ORDER</u>
:
COSCO SHIPPING LINES CO., LTD., M/V :
QING YON HE 471N, HER ENGINES, :
BOILERS, ETC. AND XYZ CORP., :
:
                        Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 8, 2020, the parties appeared before the Court for an initial pretrial conference;

      IT IS HEREBY ORDERED that the parties must appear for a pretrial conference on **February 5, 2021, at 10:00 a.m.** The parties may dial-in using (888) 363-4749; Access Code: 3121171; Security Code: 7171.

      IT IS FURTHER ORDERED that, to the extent any claims are filed against Defendant arising from the same incident at issue in this case, Defendants must file a related case form, which would permit the Court to consolidate the cases, as appropriate.

**SO ORDERED.**

**Date: December 8, 2020**
**New York, New York**

                                                         _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**