```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hartford Fire Insurance Co.,

                Plaintiff,

-against-

Cosco Shipping Lines, Co., Ltd. et al.,

                Defendants.

1:20-cv-07171 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      This action has been referred to the undersigned for settlement. (*See* ECF No. 14.) Accordingly, it is hereby Ordered that the parties shall confer and, no later than Monday, January 4, 2021, email my Chambers at Aaron_NYSDChambers@nysd.uscourts.gov with four mutually-agreeable dates for a settlement conference. The parties are advised that the Court intends to hold the settlement conference by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

**SO ORDERED.**

DATED:    New York, New York
             December 21, 2020

                                      _____
                                      STEWART D. AARON
                                      United States Magistrate Judge